J. THOMAS BECKETT (UT 5587)
DAVID P. BILLINGS (UT 11510)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:     (801) 532-1234
Facsimile:      (801) 536-6111
Email: tbeckett@parsonsbehle.com

*Attorneys for Nevada Star Resource Corp.*

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| *In re* **WESTERN UTAH COPPER COMPANY**, <br><br> Debtor, | Case No.  10-29159-WTT <br><br> (Jointly Administered with Case No. 10-30002 WTT) <br><br> Chief Judge William T. Thurman <br><br> Chapter 11 |

### NSRC'S OBJECTION TO DEBTOR'S PROPOSED ORDER EMPLOYING A. JOHN A. BRYAN, JR. AS CHIEF <u>EXECUTIVE OFFICER OF THE DEBTORS</u>

Nevada Star Resource Corp. ("NSRC"), by and through its undersigned counsel, hereby objects to the order proposed by Western Utah Copper Company and Copper King Mining Corporation (the "Debtors") for authorization to employ A. John A. Bryan, Jr. as Chief Executive Officer of the Debtors (the "Proposed Order") (docket # 341), and it states as follows:

**FIRST OBJECTION**:  This Court's minute entry of September 9, 2010 (the "Minute Entry") required as follows:  "Pending Order Deadline due by 09/22/2010."  The Proposed Order was not filed until October 7, 2010.

**SECOND OBJECTION**: The Minute Entry stated that "John A. Bryan, Jr. is approved as CEO at $50,000/mo accrual to be applied for every 120 days." But the Proposed Order does not require Mr. Bryan to file fee applications. The following paragraph should be inserted:

> *Mr. Bryan shall be compensated in accordance with the procedures set forth in sections 328, 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules, the Fee Guidelines promulgated by the Executive Office of the United States Trustee, and such procedures as may be fixed by order of this Court.*

Mr. Bryan's proposed compensation is substantial, $600,000 per year. That should only be paid after his actual contribution has been shown to be commensurate.

**THIRD OBJECTION (RESERVED)**: The Proposed Order makes Mr. Bryan's engagement as CEO of the Debtors effective as of the date of the Debtors' petitions. NSRC believes it should be effective as of August 2, 2010, the date of his employment application (docket #89). The notes of professionals who attended the hearing on his employment application are inconsistent on this point. NSRS has ordered a transcript of that hearing and will supplement this objection as soon as possible after reviewing the same.

Respectfully Submitted on October 13, 2010.

**PARSONS BEHLE & LATIMER**

By: *J. Thomas Beckett*
J. Thomas Beckett
David P. Billings
Attorneys for Nevada Star Resource Corp.

2

## CERTIFICATE OF SERVICE BY ECF / EMAIL

I hereby certify that on this 13th day of October, 2010, I caused true and correct copies of the foregoing **NSRC'S OBJECTION TO DEBTOR'S PROPOSED ORDER EMPLOYING A. JOHN A. BRYAN, JR. AS CHIEF EXECUTIVE OFFICER OF THE DEBTORS** to be filed via this Court's ECF system, and thus served electronically on those parties having registered to receive such service, and also sent via email to:

Martin J. Brill
Levene, Neale, Bender, Yoo & Brill, L.L.P.
Email: mjb@lnbyb.com

Steven W. Dougherty
Anderson & Karrenberg
Email: sdougherty@aklawfirm.com

Mark E. Freedlander
mfreedlander@mcguirewoods.com

Christopher Grivakes
Affeld Grivakes Zucker, LLP
Email: cg@agzlaw.com

David B. Golubchik
Levene, Neale, Bender, Yoo & Brill L.L.P
Email: dbg@lnbrb.com

Mary Margaret Hunt
Dorsey & Whitney
hunt.peggy@dorsey.com

Krikor J. Meshefejian
Levene, Neale, Bender, Yoo & Brill L.L.P
Email: kjm@lnbyb.com

William C. Price
McGuire Woods, LLP
Email: wprice@mcguirewoods.com

Michael J. Roeschenthaler
McGuireWoods, LLP
Email: mroeschenthaler@mcguirewoods.com

Nathan Seim
Dorsey & Whitney
seim.nathan@dorsey.com

Steven R. Skirvin
Dion-Kindem & Crockett
Email: srs@dkclaw.com

United States Trustee Email:
USTPRegion19.sk.ecf@usdoj.gov

   /s/ J. Thomas Beckett

3

4812-0632-5511.1