MARTIN J. BRILL (Calif. Bar No. 53220) mjb@lnbyb.com
DAVID B. GOLUBCHIK (Calif. Bar No. 185520) dbg@lnbyb.com
KRIKOR J. MESHEFEJIAN (Calif. Bar No. 255030) kjm@lnbyb.com
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

*Reorganization Counsel for Chapter 11 Debtors and Debtors-in-Possession*

STEVEN R. SKIRVIN (Utah Bar No. 7626)
**DION-KINDEM & CROCKETT**
10808 S. River Front Parkway, Suite 334
South Jordan, UT  84095
Telephone: (801) 984-8045
Facsimile: (801) 984-4315
Email: srs@dkclaw.com

*Local Counsel for Chapter 11 Debtors and Debtors-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>WESTERN UTAH COPPER COMPANY, et al.,<br><br>     Debtors and Debtors in Possession. | Bankruptcy No. 10-29159 WTT<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 10-30002 WTT)<br><br>Honorable William T. Thurman<br><br>**Filed Electronically** |

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364 AND RULE 4001 OF THE FEDERAL RULES OF <u>BANKRUPTCY PROCEDURE</u>**

1

4671

**PLEASE TAKE NOTICE** that COPPER KING MINING CORPORATION, and WESTERN UTAH COPPER COMPANY, the above-named jointly administered Chapter 11 debtors and debtors in possession (collectively, the "Debtors"), hereby withdraw their previously filed Motion For Entry Of An Order Authorizing Debtor To Obtain Post-Petition Financing Pursuant To 11 U.S.C. § 364 and Rule 4001 Of The Federal Rules Of Bankruptcy Procedure, which is scheduled to be heard on December 1, 2010 at 11:00 a.m.

Dated: November 19, 2010

        **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

By: */s/ Krikor J. Meshefejian*
     Martin J. Brill
     David B. Golubchik
     Krikor J. Meshefejian
     Reorganization Counsel for
     Chapter 11 Debtors and Debtors in Possession

        **DION-KINDEM & CROCKETT**

By: */s/ Steven Skirvin*
     Steven Skirvin
     Local Counsel for
     Chapter 11 Debtors and Debtors in Possession