MARTIN J. BRILL (Calif. Bar No. 53220) mjb@lnbyb.com
DAVID B. GOLUBCHIK (Calif. Bar No. 185520) dbg@lnbyb.com
KRIKOR J. MESHEFEJIAN (Calif. Bar No. 255030) kjm@lnbyb.com
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

*Reorganization Counsel for Chapter 11 Debtors and Debtors-in-Possession*

STEVEN R. SKIRVIN (Utah Bar No. 7626)
**DION-KINDEM & CROCKETT**
10808 S. River Front Parkway, Suite 334
South Jordan, UT 84095
Telephone: (801) 984-8045
Facsimile: (801) 984-4315
Email: srs@dkclaw.com

*Local Counsel for Chapter 11 Debtors and Debtors-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>WESTERN UTAH COPPER COMPANY, et al.,<br><br>Debtors and Debtors in Possession. | Bankruptcy No. 10-29159 WTT<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 10-30002 WTT)<br><br>Honorable William T. Thurman<br><br>**Filed Electronically** |

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR AN ORDER
SUBSTANTIVELY CONSOLIDATING CHAPTER 11
<u>BANKRUPTCY CASES</u>**

1

4671

**PLEASE TAKE NOTICE** that COPPER KING MINING CORPORATION, and WESTERN UTAH COPPER COMPANY, the above-named jointly administered Chapter 11 debtors and debtors in possession (collectively, the "Debtors"), hereby withdraw their previously filed motion for an order substantively consolidating the Debtors' Chapter 11 bankruptcy cases, which are scheduled to be heard on December 1, 2010 at 11:00 a.m.

Dated: November 19, 2010

        **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

        By: */s/ Krikor J. Meshefejian*
            Martin J. Brill
            David B. Golubchik
            Krikor J. Meshefejian
            Reorganization Counsel for
            Chapter 11 Debtors and Debtors in Possession

        **DION-KINDEM & CROCKETT**

        By: */s/ Steven Skirvin*
            Steven Skirvin
            Local Counsel for
            Chapter 11 Debtors and Debtors in Possession