MARTIN J. BRILL (Calif. Bar No. 53220) mjb@lnbyb.com
DAVID B. GOLUBCHIK (Calif. Bar No. 185520) dbg@lnbyb.com
KRIKOR J. MESHEFEJIAN (Calif. Bar No. 255030) kjm@lnbyb.com
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
*Reorganization Counsel for Chapter 11 Debtors and Debtors-in-Possession*

STEVEN R. SKIRVIN (Utah Bar No. 7626)
**DION-KINDEM & CROCKETT**
10808 S. River Front Parkway, Suite 334
South Jordan, UT 84095
Telephone: (801) 984-8045
Facsimile: (801) 984-4315
Email: srs@dkclaw.com
*Local Counsel for Chapter 11 Debtors and Debtors-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>WESTERN UTAH COPPER COMPANY, et al.,<br><br>Debtors and Debtors in Possession. | Bankruptcy No. 10-29159 WTT<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 10-30002 WTT)<br><br>Honorable William T. Thurman<br><br>**Filed Electronically** |

### DEBTORS' MOTION FOR AUTHORITY TO OBTAIN FINANCING ON AN UNSECURED
### ADMINISTRATIVE BASIS

1

4671

Western Utah Copper Company ("Western Utah" or the "Debtor") and Copper King Mining Corporation ("Copper King"), the jointly administered Chapter 11 debtors and debtors in possession (collectively the "Debtors") hereby move (the "Motion") for entry of an order authorizing the Debtors to borrow up to $400,000 (the "Loan") from Equity Security Funders, LLC (the "Lender") for the purpose of paying, among other expenses which may arise in the future and for which the Lender may agree to provide further funds to the Debtors, certain obligations related to a further extension of Western Utah's deadline to assume or reject its nonresidential real property leases. The Lender is owned by various members of the Committee of Equity Security Holders. The Debtors propose to treat the Loan as an allowed superpriority administrative expense claim pursuant to 11 U.S.C. Section 364(c)(1) having superpriroity over all other administrative expenses except for the existing allowed superpriority expense claims of Altus Metals, LLC ("Altus") pursuant to Court-approved debtor-in-possession loans obtained from Altus during the Debtors' bankruptcy cases. With respect to Altus' superpriority claims, the Loan will be junior in priority. The terms of the proposed Loan are the best terms the Debtors have been able to obtain, and unsecured financing on an administrative claim basis (without superpriority) has not been made available to the Debtors. The Debtors are required to make certain lease payments totaling $39,875 by December 28, 2010. The Loan would help ensure that the leases are preserved for the benefit of the estate while the Debtors attempt to reorganize their financial affairs, as well as pay other future expenses of the estate subject to the approval and consent of the Lender. Accordingly, the Debtors submit that this Motion should be granted.

**COMPLIANCE WITH RULE 4001**

2

4671

Pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure, Debtors hereby provide the following disclosures with respect to the Loan:

| Material Provision | Brief Summary |
|---|---|
| Borrower | Debtors |
| Lender | Equity Security Funders, LLC |
| Regular Interest Rate | N/A |
| Default Interest Rate | N/A |
| Fees And Expenses | N/A |
| Maturity | N/A |
| Liens, Collateral, And Priority<br><br>Bankruptcy Rule 4001(c)(1)(B)(i), (vii) & (xi)<br><br>Local Rule 4001-2 (a)(1)(D) and (G) | N/A |
| Events of Default | N/A |
| Automatic Stay<br><br>Bankruptcy Rule 4001(c)(1)(B)(iv) | N/A |
| Profession-al And Statutory Fee Carve-Out<br><br>Section 506(c) Waiver<br><br>Bankruptcy Rule 4001(c)(1)(B)(x)<br><br>Local Rule 4001-2 (a)(1)(B) | N/A<br><br>N/A |
| Indemnification<br><br>Bankruptcy Rule 4001(c)(1)(B)(ix) | N/A |

4671

**WHEREFORE**, Debtors respectfully request that this Court: (1) approve the Motion in its entirety; (2) authorize the Debtors to borrow up to $400,000 from Lender on an unsecured Chapter 11 superpriority basis (junior in priority to the existing superpriority allowed claims of Altus); and (3) grant such other and further relief as the Court deems just and proper.

Dated: December 20, 2010

**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

By: */s/ Krikor J. Meshefejian*
    Martin J. Brill
    David B. Golubchik
    Krikor J. Meshefejian
    Reorganization Counsel for
    Chapter 11 Debtors and Debtors in Possession

**DION-KINDEM & CROCKETT**

By: */s/ Steven Skirvin*
    Steven Skirvin
    Local Counsel for
    Chapter 11 Debtors and Debtors in Possession