MARTIN J. BRILL (Calif. Bar No. 53220) mjb@lnbyb.com
DAVID B. GOLUBCHIK (Calif. Bar No. 185520) dbg@lnbyb.com
KRIKOR J. MESHEFEJIAN (Calif. Bar No. 255030) kjm@lnbyb.com
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
*Reorganization Counsel for Chapter 11 Debtors and Debtors-in-Possession*

STEVEN R. SKIRVIN (Utah Bar No. 7626)
**DION-KINDEM & CROCKETT**
10808 S. River Front Parkway, Suite 308
South Jordan, UT  84095
Telephone: (801) 984-8045
Facsimile: (801) 984-4315
Email: srs@dkclaw.com
*Local Counsel for Chapter 11 Debtors and Debtors-in-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 10-29159 WTT |
| WESTERN UTAH COPPER COMPANY, et al., | Chapter 11 |
| Debtors and Debtors in Possession. | (Jointly Administered with Case No. 10-30002 WTT) |
| | Honorable William T. Thurman |

### CERTIFICATE OF SERVICE REGARDING FIRST SET OF INTERROGATORIES PROPOUNDED BY DEBTORS TO OFFICIAL EQUITY SECURITY HOLDERS' COMMITTEE

I hereby certify that on the 28th day of January, 2011, I caused a true and correct copy of

the Debtors' First Set of Interrogatories to Official Equity Security Holders' Committee to be

served via electronic mail to the following at the email addresses below:

Peggy Hunt
Nathan S. Seim
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Email: Hunt.peggy@dorsey.com Seim.nathan@dorsey.com

This First Set contains 9 interrogatories.

Dated: January 18, 2011

**DION-KINDEM & CROCKETT**

By: */s/ Steven R. Skirvin*
Steven Skirvin
Local Counsel for
Chapter 11 Debtor and Debtor in Possession

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2011, I caused a true and correct copy of the foregoing to be served upon the following via electronic mail:

David Leta
Snell & Wilmer
dleta@swlaw.com

Engels Tejeda
Snell & Wilmer
etejeda@swlaw.com

J. Thomas Beckett
Parsons Behle & Latimer
Email: tbeckett@parsonsbehle.com

David P. Billings
Parsons Behle & Latimer
Email: dbillings@parsonsbehle.com

Glenn R. Bronson
Prince Yeates & Geldzahler
Email: grb@pyglaw.com

Laurie A. Cayton
U.S. Trustees Office
Email: laurie.cayton@usdoj.gov

Steven W. Dougherty
Anderson & Karrenberg
Email: sdougherty@aklawfirm.com

Mark H. Howard
Internal Revenue Service
Email: mark.h.howard@irscounsel.treas.gov

David W. Hunter
Dixon Truman Fisher & Clifford, PC
Email: davidh@dixontruman.com

Michael R. Johnson
Ray Quinney & Nebeker, P.C.

Email: mjohnson@rqn.com

Adelaide Maudsley
Chapman and Cutler LLP
Email: maudsley@chapman.com

Carolyn Montgomery
Callister Nebeker & McCullough
Email: cmontgomery@cnmlaw.com

M. Eric Olmstead
Barney McKenna & Olmstead, PC
Email: eolmstead@barney-mckenna.com

Mitchel H. Perkiel
Troutman Sanders
Email: mitchel.perkiel@troutmansanders.com

Gerald H. Suniville
Van Cott Bagley Cornwall & McCarthy
Email: gsuniville@vancott.com

United States Trustee Email: USTPRegion19.sk.ecf@usdoj.gov

Scott S. Bell
Parsons Behle & Latimer
Email: sbell@parsonsbehle.com

Derek Langton
Parsons Behle & Latimer
Email: dlangton@parsonsbehle.com

Justin E. Scott
Babcock Scott & Babcock
Email: justin@babcockscott.com

Michael J. Roeschenthaler
McGuire Woods
Email: mroeschenthaler@mcguirewoods.com

*/s/ Steven R. Skirvin*
Steven R. Skirvin