Annette W. Jarvis (Utah State Bar No. 01649)
Peggy Hunt (Utah State Bar No. 6060)
Nathan S. Seim (Utah State Bar No. 12654)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
         hunt.peggy@dorsey.com
         seim.nathan@dorsey.com

*Attorneys for The Official Equity Security Holders' Committee*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: **WESTERN UTAH COPPER COMPANY** *and* **COPPER KING MINING CORPORATION,** Debtors. | **Case No. 10-29159 WTT** (Jointly Administered with Case No. 10-30002 WTT) Chapter 11 The Honorable William T. Thurman |
|---|---|

***EX PARTE* MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR ORDER SHORTENING NOTICE TIME REGARDING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR PROTECTIVE ORDER**

Pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, the Official Committee of Equity Security Holders the ("Equity Committee"), hereby submits this *Ex Parte* Motion for Order Shortening Notice Time (the "Motion") on its Emergency Motion for

Protective Order [Docket No. 524] (the "Protective Order Motion"). In support of this Motion, the Equity Committee states as follows:

1. A contested matter has arisen in this case as a result of objections of the Equity Committee and the Official Committee of Unsecured Creditors to the "Debtors' Motion for Order Approving (1) Settlement Agreement with Secured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (2) Settlement Buyout Term Sheet" [Docket No. 487]. The Court has entered a scheduling order for this contested matter [Docket No. 498] (the "Scheduling Order"), pursuant to which an evidentiary hearing will be held by the Court on February 16, 2011.

2. Also, pursuant to the Court's Scheduling Order, the Chairman of the Equity Committee is traveling to Utah to be deposed, which deposition will occur on February 10, 2011 at 2:00 p.m. (the "Deposition").

3. Counsel for the Equity Committee has attempted to define the scope of the Deposition with counsel for the Debtors and Lenders, but has been unsuccessful in doing so.

4. A status conference for this case is scheduled with the Court on February 8, 2011, and the Equity Committee requests that the Court hear the Protective Order Motion at that time so as to get the Court's ruling on such motion prior to the Deposition date.

5. This Motion, along with the Protective Order Motion, will be filed and served on February 4, 2011 on the United States Trustee and on all interested parties in this case. Given the requested shortened notice, the Equity Committee requests that objections to the Information Protocol Motion be filed no later than 4:00 p.m. (Mountain Time) on February 7, 2011.

## **RELIEF REQUESTED**

1.　　The Equity Committee requests that the Court hear the Protective Order Motion on February 8, 2011 at 2:00 p.m.; and

2.　　The Equity Committee requests that objections to the Protective Order Motion be filed with the Court no later than 4:00 p.m. (Mountain Time) on February 7, 2011.

　　DATED this 4th day of February, 2011

**DORSEY & WHITNEY LLP**

　_/s Nathan S. Seim_
Annette W. Jarvis
Peggy Hunt
Nathan S. Seim
*Attorneys for The Official Equity Security Holders' Committee*