*Prepared and submitted By:*

Annette W. Jarvis (Utah State Bar No. 01649)
Peggy Hunt (Utah State Bar No. 6060)
Nathan S. Seim (Utah State Bar No. 12654)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
        hunt.peggy@dorsey.com
        seim.nathan@dorsey.com

*Attorneys for The Official Equity Security Holders' Committee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | **Case No. 10-29159 WTT** |
|---|---|
| | (Jointly Administered with Case No. 10-30002 WTT) |
| **WESTERN UTAH COPPER COMPANY** *and* **COPPER KING MINING CORPORATION,** | |
| | Chapter 11 |
| Debtors. | The Honorable William T. Thurman |

**ORDER GRANTING *EX PARTE* MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR ORDER SHORTENING NOTICE TIME REGARDING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR PROTECTIVE ORDER**

**Filed: 02/04/11**

-2-

The Court, having considered the *Ex Parte* Motion of the Official Committee of Equity Security Holders for Order Shortening Notice Time Regarding Emergency Motion of the Official Committee of Equity Security Holders for Protective Order [Docket No. 525] (the "Motion"), and for good cause appearing therefor,

**HEREBY ORDERS that**:

1. The Motion is **GRANTED**;

2. A hearing on the Protective Order Motion (as that term is defined in the Motion) will be held on February 8, 2011 at 2:00 p.m. (Mountain Time); and

3. Objections to the Protective Order Motion will be due on February 7, 2011 at 4:00 p.m. (Mountain Time).

_____End of Order_____

-3-

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of February, 2011, a true and correct copy of the foregoing Order was served to all parties on the Court's mailing matrix.