MARTIN J. BRILL (Calif. Bar No. 53220) mjb@lnbyb.com
DAVID B. GOLUBCHIK (Calif. Bar No. 185520) dbg@lnbyb.com
KRIKOR J. MESHEFEJIAN (Calif. Bar No. 255030) kjm@lnbyb.com
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
*Reorganization Counsel for Chapter 11 Debtors and Debtors-in-Possession*

STEVEN R. SKIRVIN (Utah Bar No. 7626)
**DION-KINDEM & CROCKETT**
10808 S. River Front Parkway, Suite 308
South Jordan, UT  84095
Telephone: (801) 984-8045
Facsimile: (801) 984-4315
Email: srs@dkclaw.com
*Local Counsel for Chapter 11 Debtors and Debtors-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>WESTERN UTAH COPPER COMPANY, et al.,<br><br>Debtors and Debtors in Possession. | Bankruptcy No. 10-29159 WTT<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 10-30002 WTT)<br><br>Honorable William T. Thurman<br><br>**FILED ELECTRONICALLY** |

**NOTICE OF SETTLEMENT WITH UNSECURED CREDITORS COMMITTEE AND EQUITY COMMITTEE REGARDING DEBTORS' MOTION FOR ORDER APPROVING (1) SETTLEMENT AGREEMENT WITH SECURED CREDITORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019; AND <u>(2) SETTLEMENT BUYOUT TERM SHEET</u>**

-2-

PLEASE TAKE NOTICE concerning that Motion For Order Approving (1) Settlement Agreement With Secured Creditors Pursuant To Federal Rule Of Bankruptcy Procedure 9019; and (2) Settlement Buyout Term Sheet ("Motion") filed by Debtors and Debtors in Possession Copper King Mining Corporation and Western Utah Copper Company ("Debtors") and set for hearing on shortened notice on February 24, 2011 at 10:30 a.m. that a resolution has been reached between the Debtors, the Secured Creditors (as defined in the Motion), the Official Committee of Unsecured Creditors in the Debtors' cases, the Official Committee of Equity Security Holders in Copper King Mining Corporation's case, and Altus Metals, LLC and/or Empire Advisors, LLC.

The parties have agreed on a form of order, which is being submitted to the Court concurrently herewith.

The Debtors do not anticipate an evidentiary hearing at this time unless an objection is timely filed.

Dated: February 18, 2011

**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

By: */s/ David B. Golubchik*
David B. Golubchik
Reorganization Counsel for
Chapter 11 Debtor and Debtor in Possession

**DION-KINDEM & CROCKETT**

By: */s/ Steven R. Skirvin*
Steven Skirvin
Local Counsel for
Chapter 11 Debtor and Debtor in Possession

-3-

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2011, I electronically filed the foregoing **NOTICE OF SETTLEMENT WITH COMMITTEES REGARDING DEBTORS' MOTION FOR ORDER APPROVING (1) SETTLEMENT AGREEMENT WITH SECURED CREDITORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019; AND (2) SETTLEMENT BUYOUT TERM SHEET** with the Clerk of Court using the CM/ECF system which sent notification of such filing to all those parties who requested such notice.

*/s/ Steven R. Skirvin*
STEVEN R. SKIRVIN
Attorney for Debtors