J. THOMAS BECKETT (UT 5587)
DAVID P. BILLINGS (UT 11510)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:     (801) 532-1234
Facsimile:      (801) 536-6111
Email: tbeckett@parsonsbehle.com

*Attorneys for Nevada Star Resource Corp.*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| *In re* **WESTERN UTAH COPPER COMPANY**, <br><br> Debtor, | Case No. 10-29159-WTT <br><br> (Jointly Administered with Case No. 10-30002 WTT) <br><br> Chief Judge William T. Thurman <br><br> Chapter 11 |

### STIPULATION AND JOINT MOTION OF NSRC, THE DEBTORS, AND A. JOHN A. BRYAN, JR. REGARDING NSRC'S APPEAL OF ORDER AUTHORIZING EMPLOYMENT OF A. JOHN A. BRYAN, JR. AS CHIEF EXECUTIVE OFFICER OF THE DEBTORS

Nevada Star Resource Corp. ("NSRC"), Western Utah Copper Company ("WUCC"), Copper King Mining Company ("CPRK" and together with WUCC, the "Debtors"), and A. John A. Bryan, Jr. ("Bryan") hereby stipulate and agree and jointly move the Court to Amend its November 17, 2010 Order Authorizing the Employment of A. John A. Bryan, Jr. as Chief Executive Officer (the "Bryan Order").

This Stipulation is based on the parties' agreement to settle the disputes between them regarding NSRC's appeal of the Bryan Order. The parties have been in mediation and have come to a resolution regarding the terms of Bryan's employment as the Debtors' CEO.

4845-4858-0361.1

Based on the foregoing, the parties hereby jointly move for the Court to amend the Bryan Order as follows:

1. Paragraph two of the Bryan Order is stricken in its entirety and replaced with the following:

> The Debtors are authorized to employ and retain Bryan as CEO pursuant to 11 U.S.C. § 327(a) and Federal Bankruptcy Rule 2014(a) from June 1, 2010, without prejudice to Bryan seeking compensation from and after the date of commencement of the Debtors' cases (May 18, 2010), and without prejudice to NSRC or any other party in interest objecting to any compensation from and after the date of commencement of the Debtors' cases. Bryan must apply for court approval of the compensation to be paid in such amounts as may be allowed by the Court of up to $50,000 per month, with a pro rata allocation for any partial months worked. As of the date of the execution of the Stipulation, Bryan shall keep accurate and detailed time records of the time spent working as CEO of the Debtors.

2. Paragraph three of the Bryan Order is stricken in its entirety and replaced with the following:

> Any party with objections to the amounts paid or to be paid may assert the same on or before the deadline(s) set for objections to Bryan's application(s); however, the basis for objecting will apply to the reasonableness of the amounts paid or to be paid and/or Bryan's disinterestedness.

In exchange for Bryan's and the Debtors' agreement to amend the Bryan Order, NSRC agrees to dismiss its appeal of the Bryan Order, currently pending before the Bankruptcy Appellate Panel of the United States Court of Appeals for the Tenth Circuit, with PREJUDICE.

DATED this 6th day of July, 2011.

**PARSONS BEHLE & LATIMER**

/s/ J. Thomas Beckett
J. THOMAS BECKETT
DAVID P. BILLINGS
Attorneys for Nevada Star Resource Corp.

**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

 /s/ David B. Golubchik
MARTIN J. BRILL
DAVID B. GOLUBCHIK
KRIKOR J. MESHEFEJIAN
Attorneys for Western Utah Copper Company and Copper King Mining Company
*Electronically signed with permission from David B. Golubchik*


 /s/ A. John A. Bryan, Jr.
A. JOHN A. BRYAN, JR.
*Electronically signed with permission from A. John A. Bryan, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2011, I caused true and correct copies of the foregoing **STIPULATION AND JOINT MOTION OF NSRC, THE DEBTORS, AND A. JOHN A. BRYAN, JR. REGARDING NSRC'S APPEAL OF ORDER AUTHORIZING EMPLOYMENT OF A. JOHN A. BRYAN, JR. AS CHIEF EXECUTIVE OFFICER OF THE DEBTORS** be filed via this Court's ECF system, and thus served electronically on those parties having registered to receive such service, including the following:

Martin J. Brill
David B. Golubchik
Krikor J. Meshefejian
Levene, Neale, Bender, Yoo & Brill, L.L.P.
*Attorneys for the Debtors*

Steven R. Skirvin
Dion-Kindem & Crockett
*Local Counsel to Debtors*

Laurie A. Cayton
*Attorney for the US Trustees Office*

Mark E. Freedlander
Michael J. Roeschenthaler
William C. Price
McGuireWoods, LLP
*Attorneys for Official Committee of Unsecured Creditors*

Steven W. Dougherty
Anderson & Karrenberg
*Local Counsel to Official Committee of Unsecured Creditors*

Mary Margaret Hunt
Annette W. Jarvis
A. Scott Cummings
Nathan Seim
Dorsey & Whitney
*Attorneys for the Official Equity Committee for Copper King Mining Company*

  /s/ David P. Billings