MARTIN J. BRILL (Calif. Bar No. 53220) mjb@lnbyb.com
DAVID B. GOLUBCHIK (Calif. Bar No. 185520) dbg@lnbyb.com
KRIKOR J. MESHEFEJIAN (Calif. Bar No. 255030) kjm@lnbyb.com
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
*Reorganization Counsel for Chapter 11 Debtors and Debtors-in-Possession*

STEVEN R. SKIRVIN (Utah Bar No. 7626)
**DION-KINDEM & CROCKETT**
10808 S. River Front Parkway, Suite 308
South Jordan, UT  84095
Telephone: (801) 984-8045
Facsimile: (801) 984-4315
Email: srs@dkclaw.com
*Local Counsel for Chapter 11 Debtors and Debtors-in-Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>WESTERN UTAH COPPER COMPANY, et al.,<br><br>    Debtors and Debtors in Possession. | Bankruptcy No. 10-29159 WTT<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 10-30002 WTT)<br><br><br>Honorable William T. Thurman<br><br>**New hearing date:  July 14, 2011**<br>**Time: 1:00 p.m.** |

**NOTICE OF CONTINUANCE OF FINAL HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO OBTAIN FINANCING ON A SENIOR SECURED BASIS PURSUANT TO 11 U.S.C. § 364 AND RULE 4001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that the final hearing previously scheduled for July 11, 2011 at 2:00 p.m. on the motion (the "Motion") for entry of an order authorizing Western Utah Copper Company (the "Debtor") to borrow up to $2,422,750 (the "DIP Loan") from Skye Mineral Partners, LLC on a senior secured basis **has been continued to July 14, 2011 at 1:00 p.m.**

**Your rights may be affected. You should read the Motion carefully, and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you wish to obtain a copy of the Motion, you should contact counsel for the Debtor whose contact information appears at the top left-hand corner of the first page of this Notice.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant the **final relief** requested in the Motion, or if you want the Bankruptcy Court to consider your views on the Motion, then you or your attorney must file with the Bankruptcy Court an objection or response examining your position or appear at the hearing on the Motion to express your objection. While no deadline to file an objection has been set, you should file and serve your objection as soon as possible prior to the hearing on the Motion.

Dated:  July 11, 2011

                      **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

                      By:    */s/ Krikor J. Meshefejian*
                               Martin J. Brill
                               David B. Golubchik
                               Krikor J. Meshefejian
                               Reorganization Counsel for
                               Chapter 11 Debtor

                      **DION-KINDEM & CROCKETT**

                      By:    */s/ Steven Skirvin*
                               Steven Skirvin
                               Local Counsel for Chapter 11 Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2011, a true and correct copy of the

attached document was filed via this Court's ECF system, and thus served electronically

on those parties having registered to receive such service.

I hereby further certify that on the 11th day of July, 2011, a true and correct copy

of the attached document was served by email to the following parties:

> hunt.peggy@dorsey.com
> dhammond@smithknowles.com
> laurie.cayton@usdoj.gov
> mfreedlander@mcguirewoods.com
> tbeckett@pblutah.com
> LAALLRED@stoel.com
> sloosle@klmrlaw.com
> cummings.scott@dorsey.com
> MRoeschenthaler@mcguirewoods.com
> sdougherty@aklawfirm.com
> dbillings@parsonsbehle.com
> maudsley@chapman.com
> randall.c.schneider@irscounsel.treas.gov
> djjordan@stoel.com
> cmontgomery@cnmlaw.com

> _/s/ Stephanie Reichert_
> Stephanie Reichert

## ECF RECIPIENTS

J. Thomas Beckett on behalf of Creditor Nevada Star Resource Corp
tbeckett@pblutah.com

Scott S. Bell     ECF@parsonsbehle.com

David P. Billings on behalf of Creditor Nevada Star Resource Corp
dbillings@parsonsbehle.com

Alan C. Bradshaw     abradshaw@mc2b.com, lnordgran@mc2b.com

Martin J. Brill on behalf of Debtor Western Utah Copper Company   mjb@lnbyb.com

Glenn R. Bronson on behalf of Creditor Republic Bank
grb@pyglaw.com, jessica@pyglaw.com

Laurie A. Cayton tr on behalf of U.S. Trustee United States Trustee
laurie.cayton@usdoj.gov, james.gee@usdoj.gov

Steven W. Dougherty on behalf of Creditor Committee Official Committee of Unsecured
Creditors
sdougherty@aklawfirm.com, pparmer@aklawfirm.com

Mark E Freedlander     mfreedlander@mcguirewoods.com,
hhickman@mcguirewoods.com

David B. Golubchik on behalf of Debtor Western Utah Copper Company
dbg@lnbyb.com

Mark H. Howard on behalf of Attorney United States on behalf of its agency, the Internal
Revenue Service  Mark.H.Howard@irscounsel.treas.gov

Mary Margaret Hunt     hunt.peggy@dorsey.com, brown.patricia@dorsey.com;
smith.ron@dorsey.com; slc.lit@dorsey.com

David W. Hunter on behalf of Attorney Ahern Rentals, Inc.   davidh@dixontruman.com

Annette W. Jarvis     jarvis.annette@dorsey.com, smith.ron@dorsey.com;
slc.lit@dorsey.com; brown.patricia@dorsey.com

Michael R. Johnson on behalf of Creditor Back County Barn Raising, LLC
mjohnson@rqn.com, sglendening@rqn.com; docket@rqn.com

Derek Langton     ecf@parsonsbehle.com

Steven G. Loosle      sloosle@klmrlaw.com, ljavadi@klmrlaw.com

David E. Leta on behalf of Creditor Bridge Loan Capital Fund, LP
dleta@swlaw.com, wsmart@swlaw.com

Adelaide Maudsley on behalf of Creditor Gilbert Arthur McCulley Enterprises (GAMCE)
maudsley@chapman.com, jemery@chapman.com

Krikor J. Meshefejian on behalf of Debtor Western Utah Copper Company
kjm@lnbyb.com

Carolyn      Montgomery      on      behalf      of      Creditor      Bonnie      Phillips
cmontgomery@cnmlaw.com

M. Eric Olmstead on behalf of Creditor Compositech Product Manufacturing, Inc.
eolmstead@barney-mckenna.com

Mitchel H. Perkiel on behalf of Creditor A.T. Massey Coal Company, Inc.
mitchel.perkiel@troutmansanders.com, harriet.cohen@troutmansanders.com

William C. Price      wprice@mcguirewoods.com

Michael J. Roeschenthaler      mroeschenthaler@mcguirewoods.com

R. Craig Schneider      randall.c.schneider@irscounsel.treas.gov

Nathan Seim      seim.nathan@dorsey.com

Steven R. Skirvin on behalf of Debtor Western Utah Copper Company
srs@dkclaw.com

Quinn A. Sperry      qsperry@mbt-law.com, tmoore@mbt-law.com

Steven C. Strong      scs@pkhlawyers.com

Gerald H. Suniville on behalf of Creditor Cortex Mining and Exploration Company, Inc.
gsuniville@vancott.com, bhammond@vancott.com

Engels Tejeda on behalf of Creditor Bridge Loan Capital Fund, LP
etejeda@swlaw.com, kquick@swlaw.com

Michael F. Thomson      mftnotice@djplaw.com

United States Trustee      USTPRegion19.SK.ECF@usdoj.gov

**SERVED BY U.S. MAIL:**

Ambient Advisors
1840 Century Park East, Ste 800
Attn: Gary Post
Los Angeles, CA 90067

WRS Consulting
111 South 1410 East Lindon
Attn: William Shupe
East Lindon, UT 84042

Money Info, LLC (Charles Moskowitz)
39 Hammer Hook Dr, Ste B
Attn: Charles Moskowitz
Hanover, MA 02339

Capital Premium Finance
PO Box 30293
Attn: Morgam Gilliam
Salt Lake City, UT 84130

Quality Tire Company of Orem
182 N 1330
Attn: Stephanie Gomez
W Orem, UT 84057

Welti & Call Advertising
376 East 400 South, Ste 307
Attn: Bob Welti
Salt Lake City, UT 84111

Greg Hawkins
8930 South 3020 West
Attn: Greg Hawkins
West Jordan, UT 84088

Market Wire, Press releases
100 N Sepulveda Blvd, Suite 325
Attn: Leigh Ann Glazer
El Segundo, CA 90245

Certified Laboratories
23261 Network Place
Attn: Jana Slade
Chicago, IL 60673-1232

Standard Registrar
12528 South 1840
Attn: Amy Merrill
East Draper, UT 84020

McDonald, Carano, and Wilson LLP
PO Box 2670
Attn: Theresa Williams
Reno, NV 89505

CM Holdings
Attn: Mark Dotson
PO Box 496
Milford UT 84751

A.T. Massey Coal Company, Inc.
4 North Fourth Street
PO Box 26765
Richmond, VA  23261

Mark Dotson
PO Box 496
Milford UT 84751

Eric Barlow
5348 Cottonwood Lane
Salt Lake City UT 84117

A & F Corporation
PO Box 460
Milford UT 84751

Quality Crushing (Gene Henrie)
956 S Canyon Drive Cedar City
Attn: Gene Henrie
Cedar City UT 84720

Rollins Construction
PO Box 40
Attn: Lisa Thompson
Milford UT 84751

William Wray
P.O. Box 958
501 W. Center Street
Milford UT 84751

Compositech
PO Box 2673
Pearland TX 77588

Ken Wade
Building 2, Suite A
405 E 12450 S
Sandy UT 84070-0000

Ron Barker, Attorney
2870 South State St
Attn: Ron Barker
Salt Lake City UT 84115-3692

Davis Accounting Group P.C.
1957 West Royal Hunte Drive
Suite 150
Cedar City UT 84720-0000

Comstock Financial
2133 West Heather Lane
Cedar City, UT  84720

Brett Belliston
9671 N. 5650 W
American Fork UT 84003

Pro-Con Development
PO Box 710
Attn: Amy
Milford UT 84751

Arizona Drilling & Blasting
1302 W. Drivers Way
Tempe AZ 85284

Ahern Rentals
4241 S. Arville Street
Las Vegas NV 89103

Herigstad Eqiupment Rental, Inc.
PO Box 87 Perris, CA 92572-0087
Attn: Wendy Herigstad
Perris CA 92572-0087

Devin Durrant
1716 W. 1825 N
Provo UT 84604-0000

Brouwers Family Limited Partnership
Suite 150, 3010 West Charleston Blvd
Las Vegas NV 89102

Presidio Group
5295 South 300 West #550
Attn: Barbara Conway
Salt Lake City UT 84107

Will Hammill
3080 Crestline Drive
Park City, UT 84060

A.T. Massey Coal Company, Inc.
4 North Fourth Street
PO Box 26765
Richmond VA 23261-0000

Comstock Financial
2133 West Heather Lane
Cedar City UT 84720-0000

Brent Thomas Bingham
1333 N 430 E
Orem, UT 84097

Empire Advisors LLC
Strategic Capital Partners, LLC
500 N. Marketplace Drive
Suite 120
Centerville UT 84014-0000

Republic Bank
1560 Renaissance Towne Drive
Suite 260
Bountiful UT 84010-0000

Valerie Durate
Raymond W. Schmelzer Marital Trust
4 Commerce Park
23240 Chagarn Blvd.
Beachwood, OH 44122

Miles L. McCracken
1315 E. 300 N
Alpine, UT 84004

Rodney Schmeltzer
5340 S. Cottonwood Lane
Salt Lake City, UT 84117

Dennis V. Back
1045 E. Millstream Way
Bountiful, UT 84010

Devin Durrant
DPI College, LC
1716 W. 1825 N
Provo, UT 84604

Eric Barlow
Strategic Planning LLC
5348 Cottonwood Lane
Salt Lake City, UT 84117

Bridge Loan Capital Fund LP
1240 E 2100 S, #100
Salt Lake City, UT 84106

Milford Investors LLC
PO Box 1059
Park City, UT 84060

Marv Neff
Backcountry Investments, LLC
1835 S. Highway 89
Brigham City, UT 84302

Bonnie G. Phillips, for the Wendell Gile Trust
c/o Cynthia Crass
Zions Bank Building Suite 900
PO Box 959, 10 East South Temple
Salt Lake City, UT 84110

Bridge Loan Capital Fund LP
5295 S. Commerce Dr., Suite 100
Murray, UT  84107

Rob Reynolds
Reynolds Brothers
6891 S. 700 W, #200
Midvale, UT 84047

Josh Romney
PO Box 9200
Salt Lake City, UT 84109

Michael Dancy
ME Dancy Consulting Services, Inc.
455 E 500 S, #205
Salt Lake City, UT 84111

Jonathan B. Wells
2518 Lower Lando Lane
Park City, UT 84098

Carlie Christensen, U.S. Attorney
150 Social Hall Avenue, Room 313a
Salt Lake City, Ut 84111